



## MEMORANDUM OPINION

No. 04-11-00880-CV

**CITY OF LAREDO**, Texas,
Appellant

v.

Lieutenant Pedro **SARMIENTO** and the Laredo Police Officers Association,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVQ-000735-D3
The Honorable Joe Lopez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  February 22, 2012

DISMISSED; MOTION TO DISMISS GRANTED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM